IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ZACHARY LONG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 09-CV-3090 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On April 7, 2009, *pro se* Plaintiff filed his Complaint herein requesting to proceed *in forma pauperis*. Plaintiff's request to proceed *in forma pauperis* was denied by the Court by text order of April 13, 2009 setting a deadline of May 15, 2009 for payment of the filing fee in full. The text order of April 13, 2009 advised if timely payment was not received, the case was subject to dismissal for want of prosecution, and was sent via U.S. Mail to the *pro se* Plaintiff at the address he provided the Clerk of the Court. That mailing was returned as undeliverable with no forwarding address. Two additional attempts were made on April 23, 2009 and May 8, 2009, but mailings were returned "Not Deliverable as Addressed - Unable to

Forward". No telephone number was provided by *pro se* Plaintiff at the time of the original filing. The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution without prejudice.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to make a further attempt to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.

ENTER:  May 15, 2009

    FOR THE COURT:       *s/ Byron G. Cudmore*
                                          _____
                                             BYRON G. CUDMORE
                                      UNITED STATES MAGISTRATE JUDGE